IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MELINDA CORNELL,                                                                                    PLAINTIFF
*Individually, and as Parent*
*and Next Friend of TSA*
*and JMT, minor children*


vs.                                              Civil No. 11-1021

LIBERTY MUTUAL GROUP, INC. and
McMASTER-CARR SUPPLY COMPANY                                             DEFENDANTS


CLERK'S ORDER OF DISMISSAL

On this 6th day of December, 2011, the Plaintiff herein having filed a Stipulation for Dismissal as to the separate defendant, McMASTER-CARR SUPPLY COMPANY,

IT IS ORDERED that plaintiff's complaint against the separate defendant McMASTER-CARR SUPPLY COMPANY, is dismissed with prejudice.

AT THE DIRECTION OF THE COURT
CHRISTOPHER R. JOHNSON, CLERK


by: /s/ Carol Nesbit
         Deputy Clerk