```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                   EL DORADO DIVISION
```

MELINDA CORNELL, Individually, and as
Parent and Next Friend of TSA and JMT,
minor children                                              PLAINTIFF

v.                         CASE No. 11-1021

LIBERTY MUTUAL GROUP, INC.                                  DEFENDANT

### J U D G M E N T

For reasons set forth in the Memorandum Opinion, filed contemporaneously herewith, Defendant's Motion for Summary Judgment (Doc. 33) is **GRANTED**. Defendant's Motion for Hearing (Doc. 40) is **DENIED**. Plaintiff's Motion to Certify Arkansas Constitutional Legal Questions to the Arkansas Supreme Court and Hold in Abeyance Ruling on Defendant's Summary Judgment Motion Herein Until Such Constitutional Issue Legal Questions are Answered by the Arkansas Supreme Court (Doc. 49) is **DENIED. The parties have thirty days from entry of this judgment on the docket in which to appeal.**

IT IS SO ORDERED this 16th day of March, 2012.

```
                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge
```